UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS G. SHIRK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK GARROW, et al. )<br>)<br>Defendants. )<br>_____ )<br>MARK GARROW, et al. )<br>)<br>Third-Party Plaintiffs, )<br>)<br>v. )<br>)<br>CELINA MOORE BARTON, )<br>)<br>Third-Party Defendant. )<br>_____ ) | Case No. 1:07-CV-00356-RMU |

## CONSENT MOTION FOR CONTINUANCE OF INITIAL STATUS HEARING

Defendants and Third-Party Plaintiffs, Mark Garrow and Gail Garrow ("Garrows"), and Plaintiff, Thomas G. Shirk ("Shirk"), by counsel, pursuant to LCvR 7 of the Rules of U.S. District Court for the District of Columbia, hereby move the court to continue the Initial Status Hearing for the above-mentioned case which is currently scheduled for June 14, 2007 at 9:45 a.m., and state as follows:

On April 23, 2007, the Garrows filed a Third-Party Complaint against the Third-Party Defendant, Celina Moore Barton ("Barton"). On April 24, 2007, the Garrows forwarded a copy of the Third-Party Complaint and Request for Waiver of Service of Summons to Barton. On May 22, 2007, Barton, by counsel, endorsed said Waiver of Service of Summons thereby

requiring Barton to file an answer or motion under Rule 12 on or before June 25, 2007. Currently, the Initial Status Hearing in the present case is scheduled for June 14, 2007. The parties are required to submit their Local 16/3 Report on or before June 7, 2007. Accordingly, Barton is not required to file an answer or enter an appearance in the present case until after the Local 16/3 Report is due and the Initial Status Hearing takes place. The Garrows and Shirk submit that it is in the court's and parties' best interest to have Barton participate in the drafting of the Local 16/3 Report and to attend the Initial Status Hearing. The Garrows and Shirk propose that the Initial Status Hearing in the present case be continued to August 14, 2007 thereby requiring the parties to submit their Local 16/3 Report on or before August 7, 2007.

WHEREFORE the parties request that this Court exercise its sound discretion and continue the Initial Status Hearing in this case which is currently scheduled for June 14, 2007.

Respectfully submitted,

/s/ Brad C. Friend
Daniel J. Kraftson (DC Bar No. 948034)
Lowell H. Patterson, III (DC Bar No. 462008)
Brad C. Friend (DC Bar No. 490430)
KRAFTSON CAUDLE LLC
1600 Tysons Boulevard, Suite 250
McLean, Virginia 22102
(703) 873-5500 (telephone)
(703) 873-5519 (facsimile)
*Counsel for the Defendants/Third-Party Plaintiffs*

/s/ Eric M. Rome
Eric M. Rome (DC Bar No. 367241)
Eisen & Rome, P.C.
One Thomas Circle, N.W.
Suite 850
Washington, D.C. 20005
(202) 659-2822x4
*Counsel for Plaintiff Thomas G. Shirk*

## LCvR 7(m) CERTIFICATION

I hereby certify that on this 31st day of May, 2007, that I discussed this Motion with counsel for Thomas G. Shirk prior to filing this Motion. Counsel for Thomas G. Shirk consents to this Motion.

/s/ Brad C. Friend
Brad C. Friend

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2007, a true copy of the foregoing was electronically filed with the Clerk of the Court, and a true copy of the foregoing was sent via U.S. mail to: Eric M. Rome, Eisen & Rome, P.C., One Thomas Circle, N.W., Suite 850, Washington, D.C. 20005, Counsel for Plaintiff Thomas G. Shirk, and to Celina Moore Barton, c/o Washington Fine Properties, LLC, 3201 New Mexico Avenue, N.W., Suite 220, Washington, D.C. 20016.

/s/ Brad C. Friend
Brad C. Friend

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS G. SHIRK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK GARROW, et al. )<br>)<br>Defendants. )<br>_____)<br>MARK GARROW, et al. )<br>)<br>Third-Party Plaintiffs, )<br>)<br>v. )<br>)<br>CELINA MOORE BARTON, )<br>)<br>Third-Party Defendant. )<br>_____) | Case No. 1:07-CV-00356-RMU |

## ORDER

THIS MATTER came before the Court upon the parties' Consent Motion for Continuance of Initial Status Hearing; and

IT APPEARING TO THE COURT that the parties' Motion for continuance of the currently scheduled Initial Status Hearing of June 14, 2007, is well taken, it is hereby

ORDERED that the parties' Consent Motion for Continuance of Initial Status Hearing be, and hereby is, GRANTED; and it is further

ORDERED that the Initial Status Hearing in this case shall be continued to August 14, 2007 at _____ __.m.; and it is further

ATTACHMENT A

ORDERED that the parties Local 16/3 Report is due on or before August 7, 2007.

ENTERED this _____ day of _____, 2007.

_____
Judge Ricardo M. Urbina

Copies to:
Daniel J. Kraftson, Esquire
Brad C. Friend, Esquire
Kraftson Caudle LLC
1600 Tysons Boulevard
Suite 250
McLean, Virginia 22102
*Counsel for Defendants/Third-Party Plaintiffs*

Eric M. Rome, Esquire
Eisen & Rome, P.C.
One Thomas Circle, N.W.
Suite 850
Washington, D.C. 20005
(202) 659-2822x4
*Counsel for Plaintiff*