IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS G. SHIRK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:07-CV-00356-RMU |
| v. | ) |
| | ) |
| MARK GARROW, *et al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| v. | ) |
| | ) |
| CELINA MOORE BARTON, | ) |
| | ) |
| Third-Party Defendant. | ) |

## ORDER

This matter is before the Court on the motion of Third-party defendant Celina Moore Barton to dismiss the Third-Party Complaint against her for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

Upon consideration of the motion, the opposition, and the record herein;

It appearing that good cause exists to grant the motion, it is on this ___ day of July, 2007

ORDERED that the motion be, and it hereby is, granted; it is

FURTHER ORDERED that the Third-Party Complaint is hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS G. SHIRK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:07-CV-00356-RMU |
| v. | ) |
| | ) |
| MARK GARROW, *et al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| v. | ) |
| | ) |
| CELINA MOORE BARTON, | ) |
| | ) |
| Third-Party Defendant. | ) |

## ORDER

This matter is before the Court on the motion of Third-party defendant Celina Moore Barton to dismiss the Third-Party Complaint against her for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

Upon consideration of the motion, the opposition, and the record herein;

It appearing that good cause exists to grant the motion, it is on this ___ day of July, 2007

ORDERED that the motion be, and it hereby is, granted; it is

FURTHER ORDERED that the Third-Party Complaint is hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE