UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| THOMAS G. SHIRK, | : | | |
| Plaintiff, | : | Civil Action No.: | 07-0356 (RMU) |
| v. | : | Document No.: | 10 |
| MARK GARROW, *et al.,* | : | | |
| Defendants/<br>Third-Party Plaintiffs, | : | | |
| v. | : | | |
| CELINA MOORE BARTON, | : | | |
| Third-Party Defendant. | : | | |

**O R D E R**

**GRANTING THE THIRD-PARTY DEFENDANT'S MOTION TO DISMISS THE COMPLAINT WITHOUT PREJUDICE**

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 6th day of September 2007, it is hereby

**ORDERED** that the third-party defendant's motion to dismiss is **GRANTED**, and it is

**FURTHER ORDERED** that the third-party complaint is **DISMISSED without prejudice**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge