**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **THOMAS G. SHIRK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:07-CV-00356-RMU** |
| | ) | |
| **MARK GARROW, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**PARTIES' SUPPLEMENTAL JOINT REPORT**
**FOR INITIAL SCHEDULING CONFERENCE**

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and Rules 16.1

and 16.3 of the Local Rules of this Court, counsel for Plaintiff Thomas Shirk ("Shirk") and

counsel for Defendants Mark and Gail Garrow ("Garrows") have conferred and hereby jointly

submit the following supplemental report to the Court in advance of the Initial Scheduling

Conference in the above-captioned matter:

### PRELIMINARY STATEMENT

An initial status conference was set in this case for August 14, 2007, but after receipt of

the initial Joint Report, the Court issued an order vacating the status conference and rescheduling

it for October 1, 2007.  In their initial Joint Report (filed on August 6, 2007), the parties

informed the Court that they believed there was a significant possibility of settling this case and

that they had conceptually agreed that they would mediate the case but that the timing and details

had not been agreed upon.  The parties also informed the Court that the Third-Party Defendant

Barton had filed a Motion to Dismiss the Garrows' Third-Party Complaint which motion was still

pending at that time and requested that the Court not enter a scheduling order until that motion

was decided and the parties had an opportunity to pursue mediation.

On September 6, 2007, the Court issued an order granting the Third-Party Defendant's

Motion to Dismiss the Complaint without prejudice.  Subsequent to the issuance of this order,

the Plaintiff, the Defendant, and the now-dismissed Third-Party Defendant have conferred and

have agreed to retain Nancy Lesser of PaxAdr to mediate this dispute.  The parties hope to

conclude the mediation by the end of November, 2007 and request that a scheduling order not be

entered at this time.  The parties have revised their initial Joint Report in light of the events

which have transpired since that report was submitted.

## I.     Brief Statement of the Case

Shirk, as seller, and the Garrows, as purchasers, entered into a contract for the sale of the

property generally known as 2016 R Street NW, Washington, D.C. ("Property").  Barton was the

Garrows' real estate agent relating to the sales contract for the Property.  The Garrows deposited

$125,000 as earnest money for the purchase of the Property.  Shirk and the Garrows did not close

on the Property.  Shirk sold and conveyed the Property to another purchaser.  Shirk has filed a

Complaint for declaratory judgment against the Garrows in the current action alleging damages

in an amount of at least $635,000.  The Garrows have filed an Answer denying any liability to

Shirk.  The Garrows filed a Counterclaim against Shirk alleging breach of contract damages in

the amount of $125,000.  The Garrows filed a Third-Party Complaint against Barton alleging

that if they are held to be liable to Shirk, then they are entitled to indemnity from Barton.  Barton

has filed a Motion to Dismiss the Garrows' Third-Party Complaint which was granted by the

Court without prejudice.

00014581/4 1099-002

**II.**     **Statutory Basis for All Causes of Action and Defenses**

Shirk's Complaint and the Garrows' Counterclaim are brought pursuant to 28 U.S.C. §§ 1332. No other statutory bases have, at present, been cited for the parties' causes of action and/or defenses.

**III.**    **Topics Listed in LCvR 16.3(c)**

**(1)     Dispositive Motion**

The parties' anticipate the possibility of other dispositive motions which may dispose of some or all aspects of this case.

**(2)     Joining Additional Parties and Amending Pleadings**

If the Court does not accept the parties' request that a Scheduling Order not be entered at this time, then the parties recommend setting November 30, 2007 as the deadline to add parties and amend pleadings.

**(3)     Magistrate Judge**

The parties oppose the assigning of this case to a magistrate judge for all purposes.

**(4)     Possibility of Settling Case**

The parties anticipate that there is a significant possibility of settling this case and intend to pursue settlement through mediation. The parties desire to hold the mediation prior to engaging in any significant discovery because they are desirous of settling the case prior to incurring substantial attorneys' fees and litigation costs.

**(5)     ADR**

The parties have selected a mediator and have agreed to an informal exchange of information to facilitate the mediation. The date of the mediation has not been finalized but the parties expect that the mediation will be held before the end of November, 2007. The parties

00014581/4 1099-002

request that a Scheduling Order not be entered until the parties have had the opportunity to

complete the mediation process.

### (6) Dispositive Motions II

The parties anticipate the possibility of dispositive motions which may dispose of some

or all aspects of this case. If the Court does not accept the parties' request that a Scheduling

Order not be entered at this time, then the parties recommend setting May 30, 2008 as the

deadline for filing dispositive motions and June 20, 2008 as the deadline for decisions upon such

motions.

### (7) Initial Disclosures

The parties request that the initial disclosures required by FRCP 26(a)(1) be delayed until

the mediation process has been completed.

### (8) Discovery

If the Court does not accept the parties' request that a Scheduling Order not be entered at

this time, then the parties recommend the discovery deadlines listed below.

### (9) Expert Witnesses

If the Court does not accept the parties' request that a Scheduling Order not be entered at

this time, then the parties recommend the below schedule for the exchange of witness reports and

information pursuant to FRCP 26(a)(2).

### (10) Class Actions

This item is inapplicable to instant action.

### (11) Bifurcation

The parties do not have any proposals for bifurcation of discovery and/or the trial.

00014581/4 1099-002

**(12)    Pre-Trial Conference Date**

If the Court does not accept the parties' request that a Scheduling Order not be entered at this time, then the parties recommend setting July 9, 2008 as the date for the pre-trial conference.

**(13)    Trial Date**

The parties agree that the trial date should be set at the pre-trial conference.

**(14)    Other Matters**

The parties have no other matters to recommend for inclusion in a scheduling order.

**IV.    Proposed Schedule**

As noted, the parties request that a Scheduling Order not be entered until the parties have had an opportunity to complete the mediation process.  In the event that the Court does not accept the parties' requests in this regard, and for purposes of complying with LCvR 16.3, the parties have agreed to the following proposed schedule:

| Event | Date/Deadline |
| --- | --- |
| Deadline to add parties and amend pleadings | November 30, 2007 |
| Exchange witness lists | December 14, 2007 |
| Deadline for service of written discovery requests | January 14, 2008 |
| Proponent's R. 26(a)(2) statements | February 22, 2008 |
| Opponent's R. 26(a)(2) statements | March 21, 2008 |
| All discovery closed | April 18, 2008 |
| Deadline for dispositive motions | May 30, 2008 |
| Deadline for decisions on dispositive motions | June 20, 2008 |
| Pre-Trial Conference | July 9, 2008 |
| Deadline for Motions in Limine | (30 days before trial) |

00014581/4 1099-002

Respectfully submitted,


 _/s/ Eric M. Rome_____
Eric M. Rome (DC Bar No. 367241)
Eisen & Rome, P.C.
One Thomas Circle, N.W.
Suite 850
Washington, D.C. 20005
(202) 659-2822

*Counsel for Plaintiff Thomas G. Shirk*


 _/s/ Daniel J. Kraftson_____
Daniel J. Kraftson (DC Bar No. 948034)
Lowell H. Patterson, III (DC Bar No. 462008)
Brad C. Friend (DC Bar No. 490430)
KRAFTSON CAUDLE LLC
1600 Tysons Boulevard
Suite 250
McLean, Virginia  22102
(703) 873-5500 (telephone)
(703) 873-5519 (facsimile)

*Counsel for the Defendants*

00014581/4 1099-002