UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS G. SHIRK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK GARROW, et al. )<br>)<br>Defendants. )<br>) | Case No. 1:07-CV-00356-RMU |

### PARTIES' SECOND SUPPLEMENTAL JOINT REPORT
### FOR INITIAL SCHEDULING CONFERENCE

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and Rules 16.1 and 16.3 of the Local Rules of this Court, counsel for Plaintiff Thomas Shirk ("Shirk") and counsel for Defendants Mark and Gail Garrow ("Garrows") have conferred and hereby jointly submit the following second supplemental report to the Court in advance of the Initial Scheduling Conference in the above-captioned matter:

#### PRELIMINARY STATEMENT

An initial status conference was set in this case for August 14, 2007, but after receipt of the initial Joint Report, the Court issued an order vacating the status conference and rescheduling it for October 1, 2007. In their initial Joint Report (filed on August 6, 2007), the parties informed the Court that they believed there was a significant possibility of settling this case and that they had conceptually agreed that they would mediate the case but that the timing and details had not been agreed upon. The parties also informed the Court that the Third-Party Defendant Barton had filed a Motion to Dismiss the Garrows' Third-Party Complaint which motion was still

pending at that time and requested that the Court not enter a scheduling order until that motion was decided and the parties had an opportunity to pursue mediation.

On September 6, 2007, the Court issued an order granting the Third-Party Defendant's Motion to Dismiss the Complaint without prejudice. Subsequent to the issuance of that order, the Plaintiff, the Defendant, and the now-dismissed Third-Party Defendant conferred and agreed to retain Nancy Lesser of PaxAdr to mediate this dispute. The parties submitted a Supplemental Joint Report to the Court on September 24, 2007 informing the Court of this and requesting that the Court not enter a Scheduling Order until the parties had an opportunity to complete the mediation process.

The mediation took place on December 3, 2007, but unfortunately the parties were not able to reach a settlement. The parties have revised their Supplemental Joint Report in light of these events.

**I.     Brief Statement of the Case**

Shirk, as seller, and the Garrows, as purchasers, entered into a contract for the sale of the property generally known as 2016 R Street NW, Washington, D.C. ("Property"). Barton was the Garrows' real estate agent relating to the sales contract for the Property. The Garrows deposited $125,000 as earnest money for the purchase of the Property. Shirk and the Garrows did not close on the Property. Shirk sold and conveyed the Property to another purchaser. Shirk has filed a Complaint for declaratory judgment against the Garrows in the current action alleging damages in an amount of at least $635,000. The Garrows have filed an Answer denying any liability to Shirk. The Garrows filed a Counterclaim against Shirk alleging breach of contract damages in the amount of $125,000. The Garrows filed a Third-Party Complaint against Barton alleging that if they are held to be liable to Shirk, then they are entitled to indemnity from Barton. Barton filed

a Motion to Dismiss the Garrows' Third-Party Complaint which was granted by the Court without prejudice.

## II. Statutory Basis for All Causes of Action and Defenses

Shirk's Complaint and the Garrows' Counterclaim are brought pursuant to 28 U.S.C. §§ 1332. No other statutory bases have, at present, been cited for the parties' causes of action and/or defenses.

## III. Topics Listed in LCvR 16.3(c)

### (1) Dispositive Motion

The parties' anticipate the possibility of summary judgment motions which may dispose of some or all aspects of this case.

### (2) Joining Additional Parties and Amending Pleadings

The parties recommend setting January 30, 2008 as the deadline to add parties and amend pleadings.

### (3) Magistrate Judge

The parties oppose the assigning of this case to a magistrate judge for all purposes.

### (4) Possibility of Settling Case

The parties held mediation on December 3, 2007, but no settlement was reached. The likelihood of settling the case is not good.

### (5) ADR

The mediation that occurred on December 3, 2007 was unsuccessful.

00015731/ 1099-002

(6)  **Dispositive Motions II**

The parties anticipate the possibility of dispositive motions which may dispose of some or all aspects of this case. The parties recommend setting July 30, 2008 as the deadline for filing dispositive motions and August 20, 2008 as the deadline for decisions upon such motions.

(7)  **Initial Disclosures**

The parties request that the initial disclosures required by FRCP 26(a)(1) be made by January 15, 2008.

(8)  **Discovery**

The parties recommend the discovery deadlines listed below.

(9)  **Expert Witnesses**

The parties recommend the below schedule for the exchange of witness reports and information pursuant to FRCP 26(a)(2).

(10)  **Class Actions**

This item is inapplicable to instant action.

(11)  **Bifurcation**

The parties do not have any proposals for bifurcation of discovery and/or the trial.

(12)  **Pre-Trial Conference Date**

The parties recommend setting September 9, 2008 as the date for the pre-trial conference.

(13)  **Trial Date**

The parties agree that the trial date should be set at the pre-trial conference.

(14)  **Other Matters**

The parties have no other matters to recommend for inclusion in a scheduling order.

00015731/ 1099-002

IV. **Proposed Schedule**

The parties have agreed to the following proposed schedule:

| Event | Date/Deadline |
|---|---|
| Deadline to add parties and amend pleadings | January 30, 2008 |
| Proponent's R. 26(a)(2) statements | April 22, 2008 |
| Opponent's R. 26(a)(2) statements | May 21, 2008 |
| Deadline for service of written discovery requests | May 10, 2008 |
| All discovery closed | June 18, 2008 |
| Deadline for dispositive motions | July 30, 2008 |
| Deadline for decisions on dispositive motions | August 20, 2008 |
| Pre-Trial Conference | September 9, 2008 |
| Deadline for Motions in Limine | (30 days before trial) |
| Exchange witness lists | (30 days before trial) |

Respectfully submitted,


/s/ Eric M. Rome
Eric M. Rome (DC Bar No. 367241)
Eisen & Rome, P.C.
One Thomas Circle, N.W.
Suite 850
Washington, D.C. 20005
(202) 659-2822

*Counsel for Plaintiff Thomas G. Shirk*


/s/ Daniel J. Kraftson
Daniel J. Kraftson (DC Bar No. 948034)
Lowell H. Patterson, III (DC Bar No. 462008)
Brad C. Friend (DC Bar No. 490430)
KRAFTSON CAUDLE LLC
1600 Tysons Boulevard
Suite 250
McLean, Virginia  22102
(703) 873-5500 (telephone)
(703) 873-5519 (facsimile)

*Counsel for the Defendants Mark and Gail Garrow*

00015731/ 1099-002