UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS SHIRK**,<br><br>    Plaintiff,<br><br>        v.<br><br>**MARK GARROW**, *et al.*,<br><br>    Defendants. | Civil Action No. 07-356 (RMU)(AK) |

## ORDER

Upon request of the parties, it is this 2nd day of April, 2008, hereby

**ORDERED**:

1. This case is referred for Early Neutral Evaluation / mediation.

2. The parties shall attend the meeting with the evaluator.

3. If the case settles in whole or in part, the parties shall advise the court of the settlement by an appropriate filing.

The clerk of the court is directed to furnish a copy of this order, together with a copy of the court docket sheet, to the circuit executive for the purpose of assigning an evaluator.

                                /s/
ALAN KAY
UNITED STATES MAGISTRATE JUDGE