UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS G. SHIRK, </br></br>    Plaintiff, </br></br> v. </br></br> MARK GARROW, et al. </br></br>    Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> )  Case No. 1:07-CV-00356-RMU </br> ) </br> ) </br> ) </br> ) |

## CONSENT MOTION TO VACATE SCHEDULING ORDER

Plaintiff, with the consent and concurrence of the defendants, requests that this Court vacate the Scheduling Order of 4/2/08. As grounds therefore, the parties state the following:

1. This matter was referred by Judge Kay for early neutral evaluation.

2. After some administrative delay, an evaluation session was held on May 12, 2008. As a result of that evaluation, the parties have exchanged meaningful settlement offers.

3. A follow-up session is scheduled for June 30, 2008 with the neutral evaluator, David Lewis, Esq.

4. As long as discussions are ongoing, the parties prefer not to expend their funds on experts and discovery.

5. An interim status conference is set before this Court for August 11th, 2008. If the matter is not resolved by that time, a firm schedule for the completion of this case can be set at that time.

The cooperation and efforts of the Court have been greatly appreciated by the parties.

Wherefore, it is requested that the Order of April 2, 2008 be vacated.

Respectfully submitted,

_/s/ Eric M. Rome_
Eric M. Rome (DC Bar No. 367241)
Eisen & Rome, P.C.
One Thomas Circle, N.W.
Suite 850
Washington, D.C. 20005
(202) 659-2822x4
*Counsel for Plaintiff Thomas G. Shirk*

Consented to:

_/s/ Daniel J. Kraftson_
Daniel J. Kraftson (DC Bar No. 948034)
Lowell H. Patterson, III (DC Bar No. 462008)
Brad C. Friend (DC Bar No. 490430)
KRAFTSON CAUDLE LLC
1600 Tysons Boulevard, Suite 250
McLean, Virginia 22102
(703) 873-5500 (telephone)
(703) 873-5519 (facsimile)
*Counsel for the Defendants/Third-Party Plaintiffs*