UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS G. SHIRK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK GARROW, et al. )<br>)<br>Defendants. )<br>) | Case No. 1:07-CV-00356-RMU |

## PARTIES' JOINT STATUS REPORT

The Parties, through counsel, submit this Status Report to the Court.

As a result of the Neutral Evaluation process, as suggested and directed by Magistrate Kay, the parties are inching closer to a settlement of this matter. Counsel remain optimistic, and request that the Court set a Scheduling Conference for the end of September in the event that this matter is not concluded by that time.

Undersigned counsel for plaintiff apologizes for filing this report a day late. Counsel attempted to file it timely, but experienced "technical difficulties" (see attached), which have now been corrected.

The Court's indulgence and cooperation is greatly appreciated.

Respectfully submitted,

/s/ Daniel J. Kraftson
Daniel J. Kraftson (DC Bar No. 948034)
Lowell H. Patterson, III (DC Bar No. 462008)
Brad C. Friend (DC Bar No. 490430)
KRAFTSON CAUDLE LLC

1600 Tysons Boulevard, Suite 250
McLean, Virginia 22102
(703) 873-5500 (telephone)
(703) 873-5519 (facsimile)
*Counsel for the Defendants*



  /s/ Eric M. Rome
Eric M. Rome (DC Bar No. 367241)
Eisen & Rome, P.C.
One Thomas Circle, N.W.
Suite 850
Washington, D.C. 20005
(202) 659-2822x4
*Counsel for Plaintiff Thomas G. Shirk*

## Other Documents

1:07-cv-00356-RMU SHIRK v. GARROW et al

CASREF, JURY, TYPE-M

ERROR: Document is not a well-formed PDF document (no further information is available).

Back